IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1120-AP

JOSHUA NATHAN HOLDER,

        Plaintiff,

vs.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

        Defendant.

_____

## ORDER
_____

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #10), filed September 29, 2005,

IT IS HEREBY ORDERED that Plaintiff is awarded EAJA attorney fees in the amount of $463.13, to be made payable to Robert C. Dawes, Attorney for Joshua Nathan Holder.

DATED this 30th day of September, 2005.

                                       BY THE COURT:

                                       **S/John L. Kane**
                                       U.S. District Court Judge